**Estate of Houston ZACHERY, Jr., Deceased, etc., Plaintiff,**

v.

**Morris L. THIGPEN, etc., et al., Defendants.**

**No. 94–D–851–N.**

United States District Court, M.D. Alabama, Northern Division.

June 21, 1995.

Marcus W. Reid, Anniston, AL, for plaintiff.

Horace N. Lynn, Andrew W. Reed, Montgomery, AL, for Morris L. Thigpen, Davis & Dept.

Randal H. Sellers, Elizabeth S. Webb, Birmingham, AL, for defendants.

## MEMORANDUM OPINION AND ORDER

DE MENT, District Judge.

Before the court is defendant Questcare, Inc.'s ("Questcare") motion to dismiss filed May 31, 1995, to which the plaintiff responded on June 19, 1995. Questcare seeks dismissal of the complaint without prejudice for failure to effect service of process within 120 days of filing the complaint. *See* Fed. R.Civ.P. 4(m). After careful consideration of the arguments of counsel, the applicable case law and the record as a whole, the court finds that Questcare's motion is due to be granted.

### FINDINGS OF FACT

The plaintiff's decedent, Houston Zachery, Jr., died on June 1, 1992 from hypertensive intracerebral hemorrhage while incarcerated at Bullock County Correctional Facility. On the day the statute of limitations was due to expire (June 1, 1994), the plaintiff commenced this action in the Circuit Court of Montgomery County, Alabama. The named defendants are the Alabama Department of Corrections, the Warden of Bullock County Correctional Facility, the Prison Commissioner for the State of Alabama and Questcare.

Questcare has a contract with the State of Alabama to provide medical services to the state's prison population. The plaintiff alleges that Questcare's alleged failure to treat the decedent's health condition violates the Eighth Amendment's proscription against cruel and unusual punishment, as enforced by 42 U.S.C. § 1983, and also constitutes common-law negligence and wanton misconduct. Pl.'s Compl. at ¶¶ 16–19. The plaintiff further avers that Questcare is liable under the Alabama Medical Liability Act of 1987, § 6–5–548, for failing to exercise such reasonable care and diligence as other health care providers in the same general line of practice ordinarily exercise in similar situations. *Id.* at ¶ 20–21.

Upon filing the complaint, plaintiff's counsel contacted the office of the Secretary of State and obtained the following address for Questcare's registered agent: George B. Salem, 2100 S. Bridge Parkway, Suite 395, Birmingham, Alabama 35209. Pl.'s Resp. to

Questcare's Mot. Dismiss, Marcus Reid's Aff. attached thereto. Attempts to secure service at the address were unsuccessful with returns marked "not found." *Id.* Counsel again contacted the office of the Secretary of State and was informed that the latter name and address was the one on file.

On June 30, 1994, the plaintiff mailed a motion and affidavit to the circuit court requesting service by publication on Questcare. "Shortly" thereafter, the plaintiff spoke with a staff attorney at Questcare who represented that an answer would be filed soon.[1] Then on July 6, 1994, defendant Alabama Department of Corrections removed this action to the United States District Court for the Middle District of Alabama, Northern Division.

According to plaintiff's counsel, he discovered only "recently" that the clerk of the circuit court never directed that service of notice be made by publication. *Id.* Nonetheless, the plaintiff states that he "believed that the publication had run." *Id.* After realizing his failure to serve Questcare, plaintiff's counsel made "additional efforts to locate and serve" this defendant. *Id.* Namely, plaintiff's counsel obtained the name of Anne Goldstein from the certificate of service on the Alabama Department of Corrections' motion to dismiss filed July 11, 1994. He then contacted Anne Goldstein who told him that the address for Questcare's registered agent on file at the office of the Secretary of State was incorrect but that the registered agent could be served in care of Starnes & Atchison's office.

Then on April 24, 1995, the plaintiff sent via certified mail a copy of the summons and complaint to Questcare's registered agent at the address of Starnes & Atchison. The return receipt indicates that Questcare received a copy of the summons and complaint on May 4, 1995.

Questcare timely filed an answer on May 15, 1995 and on May 31, 1995 amended its answer within the time prescribed by federal law. In the forty-fourth affirmative defense, Questcare pleads untimely service of process under Rule 4(m) of the *Federal Rules of Civil Procedure.* Questcare also filed a motion to dismiss for failure to timely serve, which now is before the court.

## DISCUSSION

Rule 4(m) of the *Federal Rules of Civil Procedure* governs the time-frame within which service must be completed and provides, in pertinent part, that:

> [i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed.R.Civ.P. 4(m). After expiration of the 120-day time limit, Rule 4(m) affords the plaintiff one, and only one, safety hatch to escape dismissal of the complaint and that is through a showing of "good cause." *Schnabel v. Wells*, 922 F.2d 726, 728 (11th Cir.1991) (holding that "dismissal is mandatory if service is not perfected within 120 days of filing the complaint unless good cause is shown"); *see also In re Cooper*, 971 F.2d 640, 641 (11th Cir.1992).

While the *Federal Rules of Civil Procedure* do not define "good cause," case law has delineated the parameters. For example, courts have found that factors outside a plaintiff's control, such as sudden illness, natural catastrophe or evasion of service of process, will satisfy the "good cause" requirement. *See Floyd v. United States*, 900 F.2d 1045, 1047 (7th Cir.1990) (citation omitted); *see also Varela v. Sanchez Velez*, 814 F.2d 821, 823–824 (1st Cir.1987). On the other hand, "lack of prejudice," by itself, cannot

---

1. In an affidavit attached to the June 19, 1995 opposition to Questcare's motion to dismiss, plaintiff's counsel states that he obtained this information from a telephone conversation with a "female" attorney at Starnes & Atchison, the firm representing Questcare in this action. In a subsequent affidavit filed June 30, 1995, plaintiff's counsel amended his statement, asserting that the attorney with whom he spoke actually was Anne Goldstein (in-house counsel with Questcare) and that he "simply misunderstood her references to Starnes & Atchison."

"serve as an adequate foundation for a 'good cause' determination."[2]  *Floyd*, 900 F.2d at 1048 (*citing Quann v. Whitegate–Edgewater*, 112 F.R.D. 649, 660 (D.Md.1986)).

A putative defendants' actual notice of a lawsuit also will not preclude dismissal. As stated by the Court of Appeals for the Fifth Circuit,

> [i]t would appear to be generally irrelevant that the defendant not served within the 120–day period later finds out about the suit or is in fact later served, so long as there was not good cause for the failure to serve within the 120 days.... If the defendant's mere becoming aware of the suit after the 120–day period precluded dismissal, then the "upon motion" provision of Rule 4(j) would be meaningless.

*Winters v. Teledyne Movible Offshore, Inc.*, 776 F.2d 1304, 1305–06 (5th Cir.1985).[3]

■ Here, it is undisputed that the plaintiff failed to serve Questcare within the 120–day period.  Hence, the court must dismiss the complaint without prejudice unless the plaintiff satisfies her burden of establishing "good cause."  *See Sanders v. Fluor Daniel, Inc.*, 151 F.R.D. 138, 139 (M.D.Fla.1993), *aff'd* 36 F.3d 93 (11th Cir.1994) (*citing Systems Signs Supplies v. United States Dep't of Justice*, 903 F.2d 1011, 1013 (5th Cir. 1990)).  Whether a plaintiff has shown "good cause" involves a discretionary analysis by the district court, subject to appellate review under the abuse-of-discretion standard.  *See Geiger v. Allen*, 850 F.2d 330, 333 (7th Cir. 1988) (citations omitted).

■ The plaintiff argues that she made "reasonable efforts" to serve Questcare within the prescribed 120 days, thus, satisfying the "good cause" requirement.  In the alternative, the plaintiff asserts that under Rule 4(m), a showing of "good cause" is not required in every instance and cites *Ditkof v. Owens–Illinois, Inc.*, 114 F.R.D. 104 (E.D.Mich.1987).  The court first will address the plaintiff's fallback argument.

The court is aware that the advisory committee notes following Rule 4(m) refer to *Ditkof* for the proposition that even if the plaintiff fails to show "good cause," "[r]elief may be justified ... if the applicable statute of limitations would bar the refiled action."[4]  *See* Notes of Advisory Committee on Rules, 1993 Amendment.  The court, however, finds that the circumstances here are distinguishable from those in *Ditkof*.  In *Ditkof*, the personal representative filed an action in state court asserting that the decedent's death was caused by exposure to asbestos manufactured by the various corporation-defendants.  Thereafter, the defendants timely removed the case to federal court.

After the statute of limitations had run, one of the defendants (Nicolet, Inc.) moved to dismiss the complaint for insufficiency of service of process.  The court denied the defendant's motion and found that dismissal would "be unfair because Nicolet's removal, and its inclusion on nearly every subsequent proof of service, understandably lulled plaintiff into believing that service had been accomplished."  *Id.* at 105.

Here, the court finds that there is no evidence that Questcare attempted to induce the plaintiff into believing that service had been effected.  First, unlike *Ditkof*, Questcare did not join in the petition of removal and, in fact, was not required to do so by the removal statutes.  *See Getty Oil Corp. v. Insurance Co. of North America*, 841 F.2d 1254, 1262–63 (5th Cir.1988) (stating that under 28 U.S.C. § 1446 only *served* defendants must consent to removal).

Second, the plaintiff impliedly suggests that the representation by Questcare's in-

---

2.  In an order dated June 21, 1995, the court directed Questcare to show how it had been prejudiced by the plaintiff's failure to effect timely service.  After careful consideration of Questcare's response to the court's inquiry, the court agrees with Questcare that in this case, lack of prejudice is not a factor for consideration.

3.  Although this case was decided prior to the 1993 amendments, the revised Rule 4(m) "retains much of the language of the [former] subdi-

vision (j)."  *See* Notes of Advisory Committee on Rules, 1993 Amendment.  Given the similarity of the rules, the court finds that the case law applying and interpreting the former rule is equally applicable to the amended Rule 4(m).

4.  The parties agree that dismissal without prejudice will operate as a permanent bar as the applicable statute of limitations has expired.

house counsel that an answer soon would be filed was a ploy by Questcare to lull the plaintiff into believing that service of process would be waived. The court does not agree. As long as the answer is the first responsive pleading, as here, an answer is one means by which a defendant may preserve the defense of insufficiency of service of process. Fed. R.Civ.P. 12(b), (h). In other words, filing an answer does not relieve a plaintiff from executing proper service of process upon a defendant.

The court notes that its findings may well have been different had Questcare's in-house counsel explicitly represented that service of process would be waived. Plaintiff's counsel, however, states that he merely "believed" that in representing that an answer was forthcoming, Questcare's in-house counsel would waive service of process. While the court understands how plaintiff's counsel inferred that the words spoken meant that Questcare would waive service of process, the *Federal Rules of Civil Procedure* dictate a contrary conclusion.[5]

Third and most significantly, the defendant's deceptiveness in *Ditkof* was the direct cause of the plaintiff's untimely service and satisfied the "good cause" standard. The ancillary fact that the statute of limitations had expired simply supplied an additional reason for not dismissing the defendant and added to the injustice that would ensue if the court were to grant the defendant's motion. As stated by the Court of Appeals for the Fifth Circuit, the " 'good cause' exception relates only to 'why service was not made within the [120–day] period.' It does not relate to *other* reasons why the action should not be dismissed." *Winters*, 776 F.2d at 1305 (emphasis and brackets in original). *See also Floyd*, 900 F.2d at 1048 (holding that the fact that dismissal of an action without prejudice will effectively bar a plaintiff's claim if the statute of limitations has run does not, in and of itself, "serve to establish good cause and otherwise prevent dismissal").

Contrary to *Ditkof*, the court finds that the plaintiff's actions, not Questcare's, resulted in and were the sole cause of the ultimate failure to effect timely service of process, discussed *infra*. The court acknowledges that the plaintiff's efforts to serve Questcare's registered agent at the beginning of the lawsuit were whole-hearted. The plaintiff, however, failed to diligently pursue and complete her obligation to serve process. *See* Fed. R.Civ.P. 4(c)(1) (charging a plaintiff with the responsibility "for service of a summons and complaint within the time allowed under subdivision (m)"). Accordingly and for the following three reasons, the court finds that the plaintiff failed to use reasonable efforts to perfect service on Questcare and has not established "good cause."

First, the court finds that counsel for plaintiff's belief that service by publication had run is no more than an unsubstantiated assumption that falls short of the "good cause" requirement. There was an inordinate delay between mailing the motion for service by publication on June 30, 1994 and the plaintiff's subsequent efforts on April 24, 1995 to serve Questcare at the address of Starnes & Atchison. Specifically, Questcare's failure to file an answer should have prompted the plaintiff to either move for a default judgment or determine with certainty whether service by publication had been effected. As to the latter, plaintiff's counsel easily could have verified whether service of notice had been published by calling the clerk of the circuit court to see if the motion had been granted, by checking the local newspaper(s) in Montgomery County or by confirming that he or his client had in fact paid a bill for service by publication. There was more than ample time between filing the complaint and the expiration of the 120 days to discover whether notice by publication had been achieved.

Second, the court finds that the plaintiff's "half-hearted" efforts to serve Questcare constitute attorney neglect and preclude a find-

---

**5.** Incidentally, the court notes that an attorney's unfamiliarity with the *Federal Rules of Civil Procedure*, if that is the case here, does not warrant a finding of good cause. *See Barco Arroyo v. Federal Emergency Management Agency*, 113 F.R.D. 46, 49 (D. Puerto Rico 1986) (finding that counsel's failure to study the federal service of process rules will not suffice to establish good cause).

ing of "good cause." *Geiger,* 850 F.2d at 333; *see also Wei v. Hawaii,* 763 F.2d 370, 371 (9th Cir.1985). In *Geiger,* the Court of Appeals for the Seventh Circuit affirmed the district court's dismissal of the complaint without prejudice for failure to serve a defendant within 120 days of filing the complaint. There, between the filing of the complaint on June 10, 1986 and dismissal a year later, plaintiff's counsel's scant efforts to locate and serve one of the defendants were as follows: The plaintiff contacted the Secretary of State's office to see if the defendant, who is blind, had a restricted driver's license. The plaintiff also asked the defendant's former employer for the defendant's current address, which finally was provided after the fourth request. Thereafter and 143 days after filing the complaint, the plaintiff mailed the defendant a copy of the summons and complaint.

The Seventh Circuit held that even though the statute of limitations would bar a re-filed lawsuit, the plaintiff could not establish "good cause" where efforts to serve the defendant were "half-hearted":

> The Chicago telephone directory contained only seven listings for Don or Donald Allen, one of whom was the defendant. Yet [plaintiff's] counsel did not make even one phone call in an effort to locate Allen. Other than a fruitless inquiry to the Secretary of State, [plaintiff's] counsel's only effort to locate Allen was to ask [his former employer] for his address. [Plaintiff] cannot rely on the fact that [the former employer] was dilatory in supplying Allen's address. [Plaintiff] was obligated to pursue alternative methods of finding and serving Allen. Other than making a few telephone calls, the most obvious solution would have been to ask Allen's former co-workers ... if they knew Allen's current address.

*Id.* (internal citations omitted) (brackets supplied).

As in *Geiger,* the court is unpersuaded by the plaintiff's argument that Questcare "was ... difficult to serve and its service address and telephone number were not easily accessible...." *See* Pl.'s Resp. to Questcare's Mot. Dismiss at ¶ 2. In fact, Questcare's

correct address and telephone number are listed in the white pages of the March 1994–1995 "Greater Birmingham" telephone directory, as well as in the October 1994–95 "Greater Birmingham" yellow pages, of which the court takes judicial notice. *See* Ct.'s Ex. 1. The plaintiff also could have propounded an interrogatory to defendant Alabama Department of Corrections requesting Questcare's address. *See Geiger,* 850 F.2d at 333 n. 5. Furthermore, counsel for plaintiff's representation that he spoke with Questcare's in-house counsel shortly after commencing this lawsuit indicates to the court that the plaintiff already may have known Questcare's telephone number.

The record further indicates that the plaintiff had access to the address of the firm representing Questcare as early as July 11, 1994, the date the Alabama Department of Corrections filed its motion to dismiss and included Questcare on the certificate of service. Counsel for plaintiff's failure to discover this address on the certificate of service until sometime in the Spring of 1995 further bolsters the court's findings.

Third, the court finds that the plaintiff had an obligation to pursue other possible means of serving Questcare yet failed to do so. Rule 4(h) of the *Federal Rules of Civil Procedure* authorizes service on a "managing or general agent" of a corporation as well as on various officers. Moreover, the plaintiff could have looked to the state's service-of-process rules and served Questcare "by certified mail at any of its usual places of business." Ala.R.Civ.P. 4(c)(6); Fed.R.Civ.P. 4(e)(1) (authorizing service in the manner prescribed by Alabama law).

In sum, the court finds that the plaintiff has not provided sufficient justification for the long delay in service so as to fall within the "good cause" exception under Rule 4(m) of the *Federal Rules of Civil Procedure.* There was an extraordinarily long delay between filing the complaint on June 1, 1994 and service almost a year later, and the plaintiff's efforts to remedy the service problem during this time were half-hearted and

neglectful.[6]

The court realizes that dismissal of the complaint has severe consequences, as the plaintiff will be forever barred from pursuing the causes of action alleged in the complaint against Questcare.[7] Plaintiff's counsel, however, easily could have avoided the repercussions and cannot now prevent dismissal in the absence of "good cause": " 'The lesson to the federal plaintiff's lawyer is not to take any chances. Treat the 120 days with the respect reserved for a time bomb.' " *Cox v.* *Sandia Corp.,* 941 F.2d 1124, 1126 (10th Cir. 1991) (citation omitted).

### CONCLUSION

For the foregoing reasons, it is CONSIDERED and ORDERED that Questcare, Inc.'s motion to dismiss for failure to timely serve be and the same is hereby GRANTED without prejudice and that Questcare, Inc. be and the same is hereby DISMISSED from the complaint as a party-defendant.

6. In light of the foregoing, the court need not and declines to address Questcare's failure-to-prosecute argument.

7. The court expresses no opinion as to whether the plaintiff can maintain a cause of action against Questcare as a third-party beneficiary to the contract between Questcare and the Alabama Department of Corrections, thus avoiding the bar which the statute of limitations creates to the refiling of the causes of action presently alleged in the complaint.

# South Central Bell®

A **BELL**SOUTH Company

**under major categories**

*look inside for*
**Seating Charts**
**Street Maps**
**ZIP Codes**
**Coupons**

# Greater Birmingham

October 1994 ○1994 SAFCO
Keep Until October 1995

Court's
Exhibit
#1

Quality Stamping & Manufacturing
Inc 1597 Highway 150 Bessmr ———— 426-0560
Juality Sun Control Films
1300 Carson Rd N Fultndle ———— 631-2761
Quality Tire & Recapping
2901 8th Av N Bessmr ———— 426-3891
Quality Tool Repair 920 5th Av N ———— 328-1292
QUALITY TRAILER PRODUCTS
230 Roebuck Industrial Pkwy ———— 655-1028
Quality Trophy & Engraving Co Inc
5503 1st Av N ———— 595-3569
Quality Truck & Auto Sales Inc
2994 Highway 31 S Pelham ———— 664-9596
Quality Truck Equipment Co Inc—
193 Main
Springville
Toll Free-Dial '1' & Then ———— 800 633-6551
QUALITY TRUCK EQUIPMENT
INC 5100 Division Av ———— 591-0564
Quality Used Cars
1780 Highway 25 Harpersvle ———— 672-9822
Quality Used Cars Inc 1040 3rd Av W ———— 780-8580
Quality Wholesale Florist Inc Calera ———— 668-1434
Qualis Environmental Services
1766 Cornwall Rd Hoover ———— 823-1506
Quan's Custom Uniforms & Gifts
2116 7th Av S ———— 324-4045
Quan's Oriental Gifts 2116 7th Av S ———— 324-4045
Quantitative Research Associates
913 Montgomery Hwy Vestavia Hls ———— 979-2991
Quantum Health Resources
85 Bagby Dr Homewood ———— 945-5600
Quantum Security Services Inc
200 Century Park S Hoover ———— 822-1422
Quarles Stephen C teleph
3535 Colonnade Pkwy ———— 977-2024
Res 1369 Altuns-Trinva Blvd Hoover ———— 979-9041
Queen Concession Supply 2409 1st Av N ———— 322-7079
Queen Nail 6922 Dr Martin Luther King Dr Fairfld ———— 785-6300
Quenelle John MA 2305 Arlington Av ———— 933-9276
Quest Learning Systems
2820 Columbana Rd Vestava Hts ———— 823-0481
Quest Publications
1810 28th Av S Homewood ———— 870-1110
Quest Publications
1810 28th Av S Homewood ———— 871-1810
Quest The 416 26th S ———— 251-4313
Questcare Inc 104 Inverness Center Pl ———— 980-1181
Quick Appliance Repair Service ———— 856-1186
Quick Clean Laundry Mat 2908 25th St N ———— 251-4168
Quick Construction Company
118 Cooper Hueytown ———— 491-7236
Quick Flowers 1525 Jackson Blvd ———— 841-7612
Quick Jerry N 326 Main St Trussvlle ———— 655-7474
Quick Oil Change—
1821 26th Av Hueytown ———— 428-7755
Muffler Shop 1821 26th Av Hueytown ———— 428-7758
Quick & Reilly Inc 1 Perimeter Park South ———— 967-9854
Quick Sack 3158 Warrior River Rd Hueytown ———— 491-1511
Quick Shack 760 Minor Pkwy Ensnaples ———— 786-9613
Quick & Split Bar-B-Que 215 41st S ———— 591-1408
Quick Trip Spur Of Tarrant
721 Pinson Valley Pkwy Tarrant ———— 841-7177
Quick's Body Shop 3349 Vanderbilt Rd ———— 849-0913

## QUIK PAWN SHOP—

**1649 CENTER POINT RD — 856-1659**
326 Midfield St Midfield ———— 925-1570
407 Valley Av ———— 942-3399

Quik Pawn Shop 7737 1st Av N ———— 833-9684
Quikrete-Birmingham 301 Citation Ct ———— 945-8404
QuikSigns—
2256 Rocky Ridge Rd Hoover ———— 823-7446
Quillen Michael C atty 505 20th N ———— 251-9600
Quilt Makers Workshop 2403 1st NE ———— 854-4485
Quilted Cat The 63 Church ———— 871-4741
Quincy's Family Steak House—
103 Bessemer Super Hwy Midfield ———— 925-4574
1172 Center Point Rd ———— 854-7343
900 Decatur Hwy ———— 631-2094
1074 Forestdale Blvd Forstdle ———— 798-2440
1508 Montgomery Hwy Hoover ———— 823-6310
River Hill Shopping Center ———— 991-9511
181 West Valley Av ———— 942-6392
1090 9th Av SW Bessmr ———— 424-0082
1495 1st N Alabstr ———— 664-2869
Quinlan Clark 2030 9th Av S ———— 250-0232
Quinlan R William MD—
Office 618 20th S ———— 934-3188
Patient Appts 1813 6th Av S ———— 934-3097
If No Answer Dial ———— 934-3411
Quinn C Michael atty 1400 SouthTrust Tower ———— 328-0640
Res 2201 Aspen Cove Dr Hoover ———— 967-1521
Quinn John L atty 2100 1st Av N ———— 323-8504
Quinn's Automotive & Wrecker
Service 79 Locust Fork ———— 681-8671
Quintana Petroleum Company
1437 Cahaba Forest Cove ———— 991-5780

Quintana Petroleum Services
601 Vestava Pkwy Vestava Hts ———— 823-2977
Quintex Cellular ———— 945-8070
Quintex Cellular
1654 Montgomery Hwy Hoover ———— 823-8888
Quintex Cellular 9535 Parkway East ———— 833-2355
Quintex Cellular 2969 Pelham Pkwy Pelham ———— 663-2464
Quintown Auto Body Repair
4245 Alexander Rd Quinton ———— 674-6242

## R

R Bruce Barze atty 1710 6th Av N ———— 251-8100
R Carmichael Construction Inc
2000 1st Av N ———— 323-2917
R Jessie & Associates
2104 Greentree Dr Hoover ———— 987-1016
R MEADOWS & FOWLER INC
2200 Lakeshore Dr Homewood ———— 870-5211
R-3 Cafe 731 Graymont Av N ———— 326-2358
R A Brown Agency Ltd
2904 Crescent Av Homewood ———— 879-2457
R & B Detail 507 41st St N ———— 591-8001
R & B Fashions
6930 Dr Martin Luther King Dr Fairfld ———— 788-4923
R & B Locksmith Shop Woodstock ———— 938-7998
R B G Auto Inc 2172 Pelham Pkwy Pelham ———— 403-0606
R & C Automotive 1801 19th St Ensley ———— 780-7362
R & C Automotive 1600 32nd SW ———— 925-4029
R C Body Shop 416 4th Av N Birmnghm ———— 323-3964
R C Cooper's Deli 2001 Park Place ———— 252-7258
R C Exterior Cleaning ———— 326-9835
RC Machine Shop 8340 1st Av N ———— 833-2440
RC's Exterior Cleaning ———— 326-9835
R & C Supply 2 15th N Bessmr ———— 424-2022
R C Trailer Sales & Svc Co Inc
12 Gilmer Industrial Park ———— 680-0924
RCA Business Telephone Systems
2250 New Market Pkwy Marietta Ga ———— 404 952-6275
RCA Parts & Accessories
Toll Free-Dial '1' & Then ———— 800 643-4474
R C E Construction 2201 Arlington Av ———— 939-1044
RCS Transmission Parts
5778 Myron Clark Rd McCalla ———— 424-0335
R D Flooring 1921 Bessemer Rd Ensley ———— 923-3745
R D Graham & Associates 1900 20th Av S ———— 939-4997
R & D Testing And Drilling Inc
433 Blount ———— 791-2863
RDB Enterprises 1284 Duncarrant Valley Rd ———— 995-8853
R & E Cleaners 4514 Center Point Rd Pinson ———— 681-6648
R E Grills Construction Co
2300 Wenonah-Oxmoor Rd Sandrdg ———— 942-1076
REL Marketing Inc ———— 290-9438
R E S C O 860 Montclair Rd ———— 591-0562
R G Interiors 212 Loma Square Hoover ———— 979-8986
R & G JEWELERS jewlr
66G3 Remington Dr Hoover ———— 985-7151
R G Video 1524 Maxie S Grayvle ———— 674-8111
RGIS Inventory Specialists
100 Concourse Pkwy Hoover ———— 988-0922
RGIS Inventory Specialists
1100 E Park Dr ———— 836-9739
RGS Properties Inc
6 Office Park Cir Mountn Brook ———— 871-2617
R H P Automotive Specialist
2028 Valleydale Terr Pelham ———— 987-3278
RHS Associates Inc exec srch conslnt
1 Perimeter Park South ———— 969-1099
RIDU Corp 2208 20th N Bessmr ———— 425-6941
R & J Christian BookStore
1404 3rd Av W ———— 780-0900
R & J Roofing & Salvage ———— 991-9970
R & J Roofing & Salvage 1601 Lomb Av ———— 786-3610
RJ's Home Cooking 3535 Vanderbilt Rd ———— 849-0060
RJR Mining Co Inc
2870 Old Rocky Ridge Rd Birmnghm ———— 979-9822
R & J TV & VCR Service
2461 Old Springvlle Rd ———— 856-9979
R K Center Of Birmingham 700 18th St S ———— 933-6888
R K Enterprise Inc—
2509 15th Street Rd Hueytown ———— 428-2899
2509 15th Street Rd Hueytown ———— 428-2895
R & K Florist & Catering 811 Lomb Av SW ———— 787-7090
R & K Food Mart Inc 6700 Grassselli Rd Fairfld ———— 781-0305
R & K Quick Stop 2529 16th N ———— 251-9250
R & L Plumbing & Sewer Service
Inc—
186 Oxmoor Rd Homewood ———— 942-5007
Vestavia Hts ———— 979-9694
Eastern Section ———— 833-6668
R & L Plumbing & Sewer Service Inc
Baylor ———— 787-4408
RLM Transportation Inc 1400 Lomb Av ———— 788-0333
RLV Enterprises Inc 2230 Civic Center Blvd ———— 252-0055
R & M Cleaning Service
2304 28th W Ensley ———— 786-4900
R & M Equipment Rentals Inc
2359 Alton Rd Irondale ———— 956-8562
R & M Paint & Body Shop
825 Warrior River Rd Hueytown ———— 744-0431
R & M Realty 2718 20th S Homewood ———— 879-6948
R & M Refractory Services Inc
601 Barn Rd Morris ———— 647-3901

RME Ministries 453 38th Av W ———— 324-4659
RMG Enterprises 333 21st N Irondale ———— 956-3973
RMT Acoustical & Drywall
2200 Oxmoor Cir Homewood ———— 942-6094
R M W Inc 633 Crocker Rd Sylvan Spgs ———— 491-9333
R O Deaderick Co Inc ———— 879-6511
RPM 1001 Pinson Valley Pkwy Tarrant ———— 841-2260
R & R Auto Sales 2116 Avenue E Ensley ———— 785-1605
R & R Construction Co Inc
1300 Spring Garden St Pelham ———— 988-0058
R & R Drugs Inc pharmacy 300 Main Warrior ———— 647-0574
R & R Enterprise 624 Chester Av S ———— 595-5395
R & R Enterprise 9725 Wood Av N ———— 849-8426
R R Gross & Associates
2170 Clearbrook Rd Hoover ———— 979-9036
R & R Inc 1407 Pinson Tarrant ———— 849-0603
R & R Management Assoc mgmt tmg
2507 Panorama Cove Vestava Hts ———— 822-3417
R & R Old Tyme Barber Shop
1364 Hueytown Rd Hueytown ———— 491-5996
R & R Professional Services 516 75th N ———— 836-9090
R & R Publishing 2665 Hackberry Rd Hoover ———— 823-9478
R & R Technologies 701 37th St S ———— 251-3900
R & R Travel Inc Bessmr ———— 980-9828

# R & S GAS COMPANY INC

Columbna ———— 669-7961
If No Answer Dial ———— 669-5316

R AND STRUSS CO INC bldg matrl
Roof Trusses
4100 18th N ———— 323-3613
R And T Custom Builders 3109 Cullman Av ———— 786-9373
R T Optics Inc 1442 Montgomery Hwy ———— 822-4545
R T's Contractors Inc 1004 17th Way SW ———— 925-0327
R T's Plumbing & Mechanical Co
Inc 1004 17th Way SW ———— 925-0312
RUS OF BIRMINGHAM
150 Oleage Dr ———— 841-1151
R W Farmers Market 1530 4th Av Bessmr ———— 426-3886
R & W Jewelry Dora ———— 648-8601
R W McNair Inc 1128 2nd Av N ———— 323-8003
R & W's Tire City 1801 Pinson Tarrant ———— 808-9784
R & W's Tire City 2
600 Forestdale Blvd Pratt City ———— 791-0204
R W K/Royal Enterprises Inc
213 Gadsden Hwy ———— 833-2606
Ra-Mo Enterprises Inc 1320 3rd Av W ———— 780-0836
Rabb Roland Rose rl est
1815 3rd Av N Bessmr ———— 428-6363
Res 100 Hillside Rd Bessmr ———— 428-1875
Rabbit's Bar BQ 6596 Warrior River Rd ———— 491-8498
Rabbit's Rapid Delivery 508 20th Av S ———— 328-4008
Rabies Inspector 2170 Clearbrook Rd Hoover ———— 823-7731
Rabon Charles R teleph 600 19th N ———— 321-6578
Res 2419 Dalton Dr Pelham ———— 664-3499
RABUN GENE & ASSOCIATES
INC 6 Office Park Cir ———— 870-1218
Raburn H L & Company CPA 2121 3rd Av N ———— 252-9007
Raburn Herbert L CPA 2121 3rd Av N ———— 252-9007
Racal Data Com Corp 3021 Lorna Rd Hoover ———— 979-1128
Racca Curly 1000 John Rogers Dr ———— 833-4630
Race Fever 1933 Hwy 31 S Pelham ———— 985-4000
Race Inc
402 Office Park Dr Mountn Brook ———— 870-7988
Racetrac Petroleum
1435 Gadsden Hwy Trussvlle ———— 655-2615
Racetrac Petroleum
1435 Gadsden Hwy Trussvlle ———— 655-8557
Racetrac Petroleum Inc—
606 Fieldstown Rd Gardnle ———— 631-8752
5349 Highway 280 ———— 991-5336
5349 Highway 280 ———— 991-6199
Racetrack Petroleum 400 1st Av N ———— 254-3909
Raceway Grocery Highway 78 W ———— 648-8540
Raceway Tires 1202 9th Av Bessmr ———— 424-2822
Rachel's Sitting Services ———— 252-3420
Rachel's Sitting Services
1307 Woodland Av SW ———— 925-9202
Rack Repair Inc—
12 25th S ———— 323-3424
Rack Room Shoes—
253 Lakeshore Pkwy Homewood ———— 290-0026
Riverchase Promenade Hoover ———— 403-0194
Eastwood Festival Centre ———— 595-2892
Raczynski James M PhD
UAB Medical Center ———— 934-8960
Rad Tech X-Ray Inc
2728 Republic Blvd Pratt City ———— 791-1064
Radbill Lance E DO phys—
2006 Brookwood Medical Center Dr ———— 877-2950
1006 1st N ———— 663-2569
Rader David L Dr 2700 9th Q S ———— 933-8158
Res 3746 East Fairway Dr Mountn Brook ———— 871-3262
If No Answer Dial ———— 320-3218
Radiation Engineering
18 West Oxmoor Rd ———— 942-4242
Radiator & Electric Inc
5224 Valley Rd Fairfld ———— 786-8907
Radiators Inc 3230 Airport Hwy ———— 323-3333

RADICAL PERFORMANCE &
MACHINE INC
101 Southbrook Village Rd Alabstr ———— 6
Radio Active 3031 Highway 31 Pelham—
Radio Reading Service For The
Blind WBHM-FM 1028 7th Av S—
Radio Shack 5005 7th Av S—
Radio Shack-A Division Of Tandy
Corp—
Consumer Electronics Stores—
Birmingham—
Century Plaza
976 Forestdale Blvd Forstdle—
7001 Crestwood Blvd—
Roebuck Shopping Center—
Center Point—
Center Point Shopping Center—
Bessemer 721-B 9th Av Bessmr—
Five Points West—
2200 31st—
Fairfield—
Flintridge Centre
Western Hills Mall—
Gardendale—
Village Green Shopping Center—
Homewood—
Brookwood Village Shopping Center—
116 Green Springs Hwy—
Hoover—
Riverchase Galleria—
Hueytown—
113 Hueytown Plaza—
Pelham—
3590-B Hwy 31—
Vestavia Hills—
1409 Montgomery Hwy—
District Office—
300 Vestavia Office Park—
Business Products Service
Center—
240 Oxmoor Cir Homewood—
Radio Shack Education Division
300 Vestavia Office Park Vestava Hts—
Radio Shack Education Division
300 Vestavia Office Park Vestava Hts—
Radiology Associates Of
Birmingham PC—
Patient Billing
1920 Huntington Rd Homewood—
Main Office 1920 Huntington Rd Home
Radiology Equipment Service
Company Inc 859 Montclair Rd—
RADISSON HOTEL
BIRMINGHAM 808 20th S—
Radisson's Lounge 808 20th S—
Radix Corporation 500 Gene Reed R
Radix Systems 412 41st S—
Radney's Beauty Salon 413 6th A
Rado Thomas D MD UAB Medical C
Radue H L Dr atty 2011-A Canyon Rd—
Res 3440 Hurricane Rd
Radwin Myron M ins
3125 Montgomery Hwy Homewood—
Res 1224 Wellington Cir—
Rag Man 2516 1st R W—
Nights Sundays & Holidays D
Ragan Joe & Assoc 3451 Lorna La
Ragan Lowell mks rep
4 West Oxmoor Rd Homewood—
Res 512 15th Ct N W—
Ragland Jane G atty 1700 Financial C
Rags To Riches Consignment
Boutique 815 8th St N Bessmr—
Ragsdale Barry A acy
2100 South Bridge Pkwy—
Ragsdale Joan C atty Park Place To
Ragsdale M Clay atty 1929 3rd Av N
Ragsdale Milton C Dr ofc 2011 9
Res 3025 Woodleigh Rd Mountn Brook
Res 3025 Woodleigh Rd Mountn Brook
Ragtime Cafe 2000 Valleydale Rd Ho
Rala David 30180 Highway 25 Wilson
Railroad Federal Credit Unio
1808 2nd Av S Irondale—
Railroad Furniture Inc—
1531 3rd Av N—
Railroad Products Group-Ab
Corp 1480 Woodbine Av—
Raimund Heights Baptist Chu
233 Erie Blvd Bessmr—
Rain-Drain Gutter Co 6800 2nd
Rain Tunnel Car Wash Syster
Ofc 4500 5th Av S—
Vestavia 611 Montgomery Hwy—
Rainalre Products Of Ala Inc
24 Park Avenue Hueytown—
Rainbow Asphalt & Concrete
Highway 155 Jemison—
Rainbow Authorized Service
Distributor 1841 Alton Rd Brook.
Rainbow Authorized Service
Distributor 1240 Highway 31—
GL190 © BellSouth Adv-
Publishing Corporation.

*The Real White Pages*

# South Central Bell®
## A **BELL**SOUTH Company

medical imaging

computer technology

*the future . . .*

*one touch away*

distance learning

# Greater Birmingham White Pages
including municipalities shown on page 8
March 1994-95 © 1994 BAPCO

Please dial the area code
on all long distance calls.

100% Recyclable
Printed on Recycled Pap

PAGE 3

evident Mutual Life Insurance Co
Of Philadelphia 1600 Market
Philadelphia Pa
Toll Free-Dial '1' & Then ——— 800 252-9273
rowler Tire Corporation 100 12th S ——— 328-0581
rade Marvin L rl est 2100 SouthTrust Tower — 322-7500
Res 3539 Mill Springs Rd ——————— 956-6841
RUDENTIAL SECURITIES
INCORPORATED
3800 Financial Center ——————— 251-1136

## 'RUDENTIAL SOUTH O'TOWN REALTY

3021 Lorna Rd Hoover ——————— 822-7268

PRUDENTIAL THE—
District Agencies Office
- 180 Riverpoint Corporate Center ——— 970-0104
Ordinary Agencies Office
1 Perimeter Park South ——————— 967-7870
Prudes Creek Baptist Church
Brookwood ——————————— 491-5548
Pruett J K talesh 1374 Data Dr ——— 988-1293
Pruitt George Rev 3104 33rd Pl N —— 849-0824
Pruitt Wayne ———————— 951-0997
Pruitt's Appliance Service ——— 951-0997
Pryme Inc 1316 Alford Av Hoover — 823-4112
Pryor Kristan W CPA 417 20th N —— 252-6600
Pryor William H Jr aty 505 20th N — 251-9600
P S SITE MANAGEMENT
CONSULTANTS INC
300 Vestavia Pkwy Vestavia Hls ——— 822-4717
PSI Birmingham 921 Belan Dr Mt Olive — 631-8088
Psychiatric Care Day Hospital
1181 26th N ——————————— 327-5800
Psychiatric Recovery Center ——— 783-5255
Psychiatry Day Treatment ——— 877-2323
Psychic Awareness Center
388 Chalmoor Rd ——————— 948-7304
Psychic Friends
Charges Will Apply-Dial '1' &
Then——————————— 900 860-7979
Psychic Line
Charges Will Apply-Dial '1' &
Then——————————— 900 860-7979
Psychic Line 24 Hr
Charges Will Apply-Dial '1' &
Then——————————— 900 868-7979
Psycho-Educational Services
5325 Jefferson Av SW Linwood ——— 425-7701
Public Affairs Research Council Of
Alabama 800 Lakeshore Dr ——— 870-2482
Public Defender Police & Fire Guide
S service 721 Morcreek Rd Warrior — 647-4848
Public Employee Local 1317
Lalabama L-AFL-CIO 2001 10th Av N — 252-8088
Public Employee Local 1317
LIUNA-AFL-CIO 2001 10th Av N — 252-8005
Public Health Agencies
See Jefferson County Of Health
Department
Public Libraries
See Shelby County Of Public Libraries
PUBLIC STORAGE—
Storage Locations
1224 27TH PL S ——— 322-8824
1900 Main Warehouse Rd Pelham —— 988-5795
6717 Oporto-Madrid Blvd S ——— 836-6189
1255 Pebble Creek Pkwy ——— 798-7986
1118 Center Point Rd ——— 853-8920
1147 Gadsden Hwy Roebuck ——— 836-2057
709 Oxmoor Blvd Homewood —— 942-1499
3222 Lorna Rd Hoover ——— 822-2950
575 Bessemer Super Hwy Midfield — 424-7261
9856 Parkway East ——— 854-8216
For Additional Locations Near You
Toll Free-Dial '1' & Then —— 800 447-8673
Publisher Promotion & Fulfillment
5724 Highway 280 East ——— 991-1177
Publisher's Association Of The
South 3149 Cahaba Heights Rd — 967-4387
Publishers Relations —— 201 337-2660
Publisher's Warehouse
2700 Crestwood Blvd Irondale — 956-2078
Puccio's Joe Alignment Ser
2501 Bush Blvd Ensley ——— 780-8390
Puckett Insurance Group
2724 20th S Homewood ——— 879-8396
Puddin Posh Dolls
109 Watterson Prkwy Trussville —— 655-5100
Puff & Browse 1901 6th Av N ——— 251-9251
Pugh Bennett L aty 1700 Financial Center — 328-8141
Pugh Daphne 721 Country View Terr — 854-6513
Pugh Elizabeth Dr 109 64th Pl N — 838-1045
Pugh Ernest aty Bank For Savings Bldg — 251-6505
Pugh J David aty Park Place Tower — 521-8314
Pugh Realty Co 6 Office Park Cir Mountn Brook — 871-2111

Pugh Roger M MAI appr
6 Office Park Cir Mountn Brook ——— 871-2334
Pugh Susie 2100 16th Av S ——— 933-7822
Pugh Velda D MD 1600 20th S ——— 933-6956
Pugh's Dental Laboratories
721 Country View Terr ——— 854-6513
Pulliam Maxwell H aty
948 1st Alabama Bank Building ——— 322-0457
Pulliam Teresa Tanner aty
2920 Arlington Av ——— 933-2900
Pullman Standard Manufacturing
Div Of Trinity Industries Inc Bessmr — 425-3240
Pullum-Johnson L J telesh
3535 Colonnade Pkwy ——— 977-7419
Res 1345 Hanahan Rd Pelham — 664-2636
Pulmonary Associates Of The
Southeast PC—
3718 Montclair Rd ——— 802-2000
Bookkeeping 3718 Montclair Rd —— 802-2010
2822 Brookwood Medical Center Dr — 871-9712
Pulmonary Care Services 944 18th S — 933-0808
Pulmonary Function Laboratory
800 Memorial Dr Bessmr ——— 428-8001
Pump House Antiques
3279 Cahaba Heights Rd ——— 967-2855
Pump & Process Equipment Inc
4136 Autumn La ——— 969-0414
Pump Shop Inc The 2121 Montevallo Rd SW — 945-1888
Pumpit
See Nichols Concrete Equipment Inc
Pumps Parts & Service
25 Commerce Av Homewood —— 491-3207
Punch Shop Inc 217 Valley Dr Bessmr — 425-3171
Purchasing Management
Association Of Alabama Inc ——— 879-3515
Pure Holiness Independent Church
Of God In Christ Inc 2608 21st Av N — 324-2623

## PURE PACK ICE

Pelham ——————— 663-6250

Purity Deliverance Holiness
5005 Court Av ——— 841-2004
Purity Holiness Church Of God
544 Poplar St Warrior ——— 647-7783
Purity Holiness Church Of God
3008 25th N ——— 326-0773
Purnell Harry S Jr elc
300 Display Dr Moody Al ——— 640-2400
Res 323 Powcipina Dr ——— 871-6032
Purple Onion Deli & Grill The
1931 2nd Av N ——— 252-4899
Put Me On & Wear Me Out 623 29th S — 251-7550
Putman Bill Tractor Parts And
Service 2261 Pinson Valley Pkwy — 841-8681
Putman C E Jr 151 Hardy Rd Harpersvre — 744-9197
Putman Frank westances
828 Shades Creek Pkwy Homewood — 879-0016

## PUTMAN JACK H INSURANCE AGENCY

3 Office Park Cir 871-4671
Nights Weekends & Holidays Dial — 870-0616

Putman O H Jr CPA
3700 Montclair Rd Mountn Brook —— 879-3338
Res 205 Green Av ——— 879-3520
PUTNAM'S FLORIST
25 Joy Av Homewood ——— 491-3516
Putt Alicia J aty 2001 Park Pl ——— 324-6460
Putt America Golf Course
9325 Parkway East ——— 836-6088
Putt Larry O'Neil aty 2001 Park Pl —— 324-6460
Putt Putt Golf Course—
Hoover Birthday Hotline ——— 940-7250
1638 Montgomery Hwy Hoover —— 822-4653
PUZON BENJAMIN Q MD PC
Suite 314
51 Medical Park East Drive ——— 838-3028
Res 2504 Aberdeen Rd ——— 931-9422
PW Capital Corp Inc 15 21st N —— 252-3681
PW Mortgage Corp Inc 15 21st N — 252-3681
Pyburn Richard E STD 750 Montclair Rd — 599-4600
Pyburn's Emporium ——— See Emporium The
Pyramid Technology ——— 870-3284
Pyropower Corporation
See Ahlstrom Pyropower Corp

## Q

Q & J Beauty Salon
4102 Messer-Airport Hwy ——— 595-0909
Q-ZAR ——— 942-5277
Qik-Copy Printing 1010 Oxmoor Rd — 871-2266
Quadflex Systems Inc 2040 Valleydale Rd — 733-9925
Quadflex Systems Inc
2040 Valleydale Rd Pelham ——— 733-9994
Quail Creek Apartments
——— 823-2334

Quail Ridge Country Club
1 Poplar St Gardndle ——— 631-3148
Quaker-Birmingham Friends
Meeting 4274 Overlook Dr ——— 592-8570
Quales Inc 4801 Gary Av Fairfld — 785-8820
Qualex Inc Osp Division
4895 Shreveport Rd Sylvan Spgs — 491-2675
Qualified Sports Information
2957 Hoover Ct ——— 979-2710
Quality Alterations 4 18th Av NW — 856-5158
Quality Architectural Metal &
Roofing Inc ——— 591-7663
Quality Auto Max Sales ——— 648-9123
Quality Awards & Graphics
3411 Colonnade Pkwy ——— 967-8505
Quality Care ——— See Kimberly Quality Care
Quality Carpet Care 5317 Terrace Q Ensley — 923-4554
Quality Cleaners
See Mark's Quality Cleaners
QUALITY CONCRETE
PRODUCTS
1055 Minor Parkway Ensley ——— 788-6771
Quality Concrete Products & Bldg
Supplies 1055 Minor Parkway Ensley — 788-6771
Quality Construction 116 20th Ct NW — 856-3378
Quality Detailing Inc drafting serv
5605 Clifford Circle ——— 833-0896
QUALITY ELECTRIC COMPANY
INC 1214 2nd Ct W Ensley ——— 786-6882
Quality Energy Control
1300 Carson Ind Rd Fultndle ——— 631-7225
Quality Facts Inc 3195 Cahaba Heights Rd — 967-1001
Quality Floor Maintenance Inc
Main Services ——— 648-2067
Quality Flooring ——— 956-6050
QUALITY FUNERAL &
CEMETERY EQUIPMENT
SALES & SERVICE ——— 428-6310
Quality Graphics 5580 1st Av N —— 595-3569
Quality Group The 1 Perimeter Park South — 969-2447
Quality Heating & Cooling
42755 Highway 25 Vincent ——— 672-3122
Quality Home Improvements
901 Marstonwood Rd ——— 836-3191
Quality Homes Inc
1535 Adamsville Prkwy Adamsvle — 674-8862
Quality Homes Inc 2446 Highway 31 Pelham — 664-2721
Quality Jewelers 1 3rd Av N —— 322-5296
Quality Lawn Sprinklers
3440 River Terr Dr Birmingham — 969-2080
Quality Life Enterprises
200 Cahaba Park Cir ——— 995-0912
Quality Lube Inc—
2709 Green St Sunny's Hwy ——— 945-8934
3131 Highway 31 Pelham ——— 663-0967
1139 Pinson Av Gardndle ——— 631-8671
3045 Warrior River Rd Hueytown — 491-8934
Quality Machine Works
4815 Commerce Dr Trussville —— 655-7738
Quality Maintenance Inc
1903 International Park Dr Hoover — 969-3773
Quality Medical Imaging Inc
3901 Inverness Cliffs ——— 941-1416
Quality Mortage USA Inc
2 Office Park Cir Mountn Brook —— 879-9100
Quality Packaging 2750 Heaton Dr Irondale — 951-8165
Quality Patterns 1570 Park Rd Concord — 491-5999
QUALITY PETROLEUM CORP
629 Goldwire Way SW ——— 252-4400

MEDICAL SERVICES, INC.
QUALITY PLUS HOME
MEDICAL EQUIPMENT
1001 Commerce Blvd Pelham ——— 988-5520

QUALITY POWER SERVICES
INC Gardndle ——— 631-7724

## QUALITY PRESS INC

1300 5th Av S ——————— 322-4678

QUALITY PRESS INC
LITHOGRAPHY DIV
1300 5th Av S ——————— 322-4678

## QUALITY SERVICE LITHOGRAPHERS INC

P O Box 131298 Zip 35213-6298
3005 3rd Av S ——————— 323-3425

Quality Siding & Remodeling Co — 631-1436
Quality Stamping & Manufacturing
Inc 1597 Highway 150 Bessmr —— 426-0560
Quality Sun Control Films
1208 Carson Rd N Fultndle ——— 631-2761
QUALITY TIRE & RECAPPING
2901 8th Av N Bessmr ——— 426-3891
Quality Tool Repair 920 5th Av N — 328-1292
Quality Trailer Products
5303 Roebuck Industrial Pkwy — 655-1028
Quality Trophy & Engraving Co Inc
2116 7th Av S ——— 595-3549
Quality Truck & Auto Sales Inc
2994 Highway 31 S Pelham ——— 664-9596
Quality Truck Equipment Co Inc—
393 Main
Springville
Toll Free-Dial '1' & Then —— 800 633-6551
Quality Used Cars
1790 Highway 25 Harpersvre —— 672-9822
Quality Used Cars Inc—
1040 3rd Av W ——— 780-8580
QUALITY WHOLESALE
FLORIST INC Cahara— 668-1434
Quality Wholesale Jewelry
1300 Carson Rd N Fultndle ——— 631-7225
QUALITY WORLD
156 River Square Plaza Hueytown — 491-9060
Qualls Environmental Services
1764 Carson Rd Hoover ——— 823-1506
Quan's Custom Uniforms & Gifts
2116 7th Av S ——— 324-4045
Quan's Oriental Gifts 2116 7th Av S — 324-4045
Quantitative Research Associates
913 Montgomery Hwy Vestavia Hls — 979-2991
Quantum Health Resources
85 Bagby Dr Homewood ——— 945-5600
Quantum Security Services Inc
1700 29th Ct S Homewood ——— 871-0588
Quarles Stephen C telesh
3535 Colonnade Pkwy ——— 977-2024
Res 1369 Allison Farm Blvd Hoover — 979-9041
Queen Concession Supply 2409 1st Av N — 322-7079
QUEEN MATTRESS & SPRING
CO 225 Center N ——— 322-1769
Queen Nail 6922 Dr Martin Luther King Dr Fairfld — 785-8300
Queen's Boutique ——— 785-3909
Quenelle John MA 2385 Arlington Av — 933-9276
Quest Learning Systems
2820 Columbiana Rd Vestavia Hls — 823-0481
Quest Publications
1010 20th Av S Homewood ——— 871-1810
Quest Publications
1010 20th Av S Homewood ——— 870-1110
Quest The 416 24th S ——— 251-4313
Questcare Inc 104 Inverness Center Pl — 655-7474
QUICK APPLIANCE REPAIR
SERVICE ——— 856-1186
Quick Appliance Repair Svc
King Cir Trussville ——— 655-4845
Quick Claims Hoover ——— 823-8812
Quick Clean Laundry Mat 2431 30th Av N — 251-4168
QUICK CONSTRUCTION
COMPANY 110 Oxmoor Hueytown — 491-7236
Quick Flowers 1525 Jackson Blvd — 841-7612
Quick Jerry N 326 Main St Trussville — 655-7474
QUICK OIL CHANGE—
1821 26th Av N Bessmr ——— 428-7753
Muffler Shop 1821 26th Av Hueytown — 428-7758
Quick & Reilly Inc 1 Perimeter Park South — 967-9854
Quick Sack 3158 Warrior River Rd Hueytown — 491-1511
Quick Shack 760 Minor Pkwy Birmingham — 784-9613
Quick & Split Bar-B-Que 215 41st S — 591-1408
Quick Trip Spur Of Tarrant
721 Pinson Valley Pkwy Tarrant — 841-7177
Quick's Body Shop 3349 Vanderbilt Rd — 849-0913
Quik Pawn Shop—
320 Gadsden St Midfield ——— 856-1659
126 Morton St Midfield ——— 925-1570
407 Valley Av ——— 942-3399
Quik Pawn Shop 7737 1st Av N —— 833-9684
Quikrete-Birmingham 300 Cotson Ct — 945-8404

PAGE 4